```
                         United States Bankruptcy Court
                                District of Alaska
In re:                                                          Case No. 14-00339-GS
Mapalad Adonis                                                  Chapter 13
William Adonis
         Debtors                  CERTIFICATE OF NOTICE
District/off: 097--3          User: sue              Page 1 of 1              Date Rcvd: Sep 26, 2014
                              Form ID: 101           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2014.
db/jdb         +Mapalad Adonis,   William Adonis,   5044 Ann Hathaway Circle99503,   Anchorage, AK 99503-7074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2014 at the address(es) listed below:
          Chris   Johansen    on behalf of Joint Debtor William   Adonis attorney1152@yahoo.com
          Chris   Johansen    on behalf of Debtor Mapalad   Adonis attorney1152@yahoo.com
          Larry D. Compton(13)    ECFMail@comptontrustee.com
          U.S. Trustee's Office    USTPRegion18.ak.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**
**605 West 4th Avenue, Room 138, Anchorage, AK 99501–2296**
**Phone (907) 271–2655**

In Re: Mapalad Adonis
and William Adonis

Case No. A14–00339 – GS
Chapter 13

**ORDER SETTING CHAPTER 13 CONFIRMATION HEARING**
**AND REQUIRING NOTICE**

　　On the court's own motion, IT IS ORDERED AND NOTICE IS HEREBY GIVEN that a Chapter 13 confirmation hearing under AK LBR 3015–3(g)(1) is scheduled for **Tuesday, December 9, 2014, at the hour of 09:00 AM** before the undersigned, in the Historic Courtroom, Old Federal Building, 605 W. 4th Avenue, Anchorage, Alaska.

　　If this order is setting a telephonic hearing, out–of–town parties may participate telephonically by notifying the in–court clerks at (907) 271–2640 of their telephone numbers **at least three business days** prior to the hearing.

　　The attorney for the debtor(s) shall serve the matrix with the Chapter 13 plan, and Notice of Hearing on Confirmation of Chapter 13 Plan and Time to File Written Objections using AK LBF 6A.

　　DATED: September 26, 2014

BY THE COURT

/s/Gary Spraker
Gary Spraker
United States Bankruptcy Judge

Serve:
Chris Johansen
Larry D. Compton(13)
U.S. Trustee
Calendar